IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEVE A. ROBERTS,

  Petitioner,

  v.

FULTON COUNTY,

  Respondent.

CIVIL ACTION FILE
NO. 1:16-CV-884-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending denying the Petition without prejudice for failure to pay the filing fee. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice. No Certificate of Appealability will be granted.

SO ORDERED, this 28 day of July, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Roberts\116cv884\r&r.wpd